IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY TORENCE SMITH, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO. 2:09-cv-1055-MEF |
| LOUIS BOYD, *et al.*, | ) (WO – Do Not Publish) |
| DEFENDANTS. | ) |

**ORDER**

Upon consideration of Defendants' Motion to Establish Deadlines for Trial by Jury on February 25, 2013 (Doc. #145) filed on February 8, 2013, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part as follows:

1. Witness and exhibit lists from the parties are due no later than February 20, 2013;

2. The parties must file any motions in limine no later than February 20, 2013.

DONE this the 14th day of February, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE