IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY TORENCE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:09-cv-1055-MEF |
| | )   (WO – Do Not Publish) |
| LOUIS BOYD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Defendants' Motion for a Continuance of the Jury Trial set for February 25, 2013 (Doc. #164). It is hereby ORDERED that said motion is DENIED.

DONE this the 1st day of March, 2012.

                                              /s/ Mark E. Fuller
                                   UNITED STATES DISTRICT JUDGE